File Hashes for IP Address 100.1.79.223

**ISP:** Verizon FiOS
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/04/2014 05:13:59 | 227497A325CF7F0301DEF2410FE5C00BAFB6D856 | Come from Behind |
| 06/04/2014 04:52:05 | 2ACF0480806D3286544128C4828994D87A1D19C2 | Up Close and Personal |
| 06/04/2014 04:32:06 | 1946FCF314A0CA5877FDD84A39A97A5F8E0FD6EB | Girls Love Pink and Diamonds |
| 05/29/2014 14:43:03 | 0179A1332F7CEBBF66DC1AE322BDDE0996FAF1FE | Morning Glory |
| 05/23/2014 10:42:18 | FFCEAE1216B4FBC6BD7C334303E5DA02D916075D | Two By Two |
| 05/16/2014 14:41:52 | CB505B2E122D8449E85B64DF60AABD8A4E6943C8 | Girly Girls |
| 05/13/2014 13:59:32 | 7476A27C412142B3B4F7488774E082B016CB548A | A Thought of You Part 2 |
| 05/07/2014 15:35:50 | 1C6E94DDFA6DFEBA94FAABFEB47C3EA77530E4D9 | Perfect Timing |
| 04/25/2014 11:04:33 | D3342164D6080BCB59101E1ED03B45AB1D92EC82 | Tantric Massage |
| 04/22/2014 13:44:49 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |
| 04/19/2014 12:19:43 | 86B87CE9125EF4B558DD04807AAD6ABB526EDA74 | Group Sex |
| 04/13/2014 18:17:08 | 7F36C3FAC2AB2921048BFBD68A1905C72BF9337F | Sweet Dreamers |
| 04/13/2014 18:13:02 | 1F3E41E60D2617B25A613E12D173A860F98B68AA | Rendezvous |
| 04/09/2014 12:48:14 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 04/05/2014 13:00:19 | A5123B790D8135E347F892538A87232A61BB0F8F | Floating Emotions |
| 04/02/2014 13:33:26 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 03/30/2014 16:57:08 | AC0F2CE912052D04AD9A5B252B76507D67D71396 | Russian Connection |
| 03/18/2014 17:08:34 | 88DEF7B304D78BEAE53B26E4FBEA6EC6604A80CB | All Oiled Up |
| 03/11/2014 05:02:49 | F65D753A4E70B1B0F29CBC39AE7E9456853FF65E | Pretty Little Belle |
| 03/02/2014 03:30:07 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 02/25/2014 13:52:23 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 02/05/2014 13:41:39 | 854C8E76E2396EBD48EB2360B11678F3DF2B6DE3 | Three Way is the Best Way |

EXHIBIT A

CNJ66

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/03/2014 19:50:38 | C0624BD9EEFC377EE4EDEB51362EC52876ACFA2B | Get Wild at Home |
| 02/01/2014 15:26:34 | 95D67E677F85D284CBF6805B154972C2571F0F7B | Risky Business |
| 01/28/2014 05:18:48 | AEDF5509C02988B9F797D2DAE4CCE88375C4B41C | I Can Not Wait |
| 01/25/2014 20:29:14 | 50382B6B4E631CB819FBD4C6ECE28437FDE333C6 | So Young |
| 01/21/2014 17:12:45 | BCECAD9F0A444764AD623BA4FC7A0F00F6114EBF | Secret Weapon |
| 01/21/2014 14:34:26 | F0C1C37D5E893FE2EE1C7A63540251077B4A7912 | Snow White and the Prince |
| 01/19/2014 16:28:15 | 51209AA90644169C9DE5D9B43E025A1F1C2ED9EC | New Romance |
| 01/18/2014 16:57:26 | A26AF7478081B7D3708B4F1CA86F9F344B7174F5 | Season of Love |
| 01/16/2014 05:39:59 | 082032A1DB91FF113B9B35E7DC8DC5B5A0E13F72 | Yoga Master and Student |
| 01/16/2014 05:39:41 | 044524A66305103FA9738CA2C42C19C32DB5F1A5 | Warm and Fuzzy |
| 01/12/2014 06:24:54 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 01/09/2014 16:58:42 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 01/09/2014 14:24:56 | C545DCA011377371ACF0AB8780E747B5A5128ED9 | Tarde Espanola |
| 01/08/2014 18:07:33 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 01/08/2014 17:22:45 | 6D1EAE7E3C719810FE077818878FA5362A9EC660 | The Young and the Restless |
| 12/22/2013 02:54:08 | DBAA1474D7E0134DF30ED4CF794F42DEC5B1C32B | No Turning Back Part #1 |
| 12/21/2013 05:19:56 | 2EF20CD4B35796DE6ADB12E4B65D577210D7763B | Bottoms Up |
| 12/20/2013 14:14:20 | 54C7AD07BD3CD80624BA0E2F13AF3632ECF87D16 | Green Eyes |
| 12/20/2013 13:40:24 | D40E3490DE07096BF88E98A10B5D4E0D1672F975 | Fashion Models |
| 12/19/2013 21:50:37 | F2A29E73C21B78FD6A124CE5ECB8C08409E40A18 | Featherlight |
| 12/18/2013 14:38:07 | 2D8AC5E045957E28DA5BFDB4C46DD9D1E0FC2E01 | In Charge |
| 12/18/2013 14:19:43 | 9A5F92FCA83EB33B405F799FF7C7E500A18501CA | What a Girl Wants Part #2 |
| 12/17/2013 05:43:53 | 6AF445C906499F00439336CF2F58B5E780371496 | Bohemian Rhapsody |
| 12/16/2013 21:59:50 | D703848EA7E394F2FF5643D7DCAE2E7907FB0EB7 | Come Inside From the Cold |
| 12/16/2013 20:34:25 | 4F350919050F5A543772E25EDECA5B0B48903C61 | Carmen Leila Christmas Vacation |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/16/2013 20:33:55 | 5BFE0261FD5315EBD491ABBEF7279DE9EE30E377 | Side by Side |
| 12/09/2013 18:16:49 | B4C14CD2E96888C11B46C1C688585DACF59ED5B4 | Good Night Kiss |
| 12/09/2013 17:37:51 | 3D7A9FF54EB873B2F3DF66630BEB375C6B87EC2B | Malibu Moments Part #2 |
| 12/05/2013 19:38:44 | 6CCA5324CD55F0FE479FE03E91EA7925C9A36D02 | Ready for Love |
| 12/04/2013 14:05:49 | 001A8650407903F13E017FB44C676CEE635A6287 | Bad Girls |
| 11/29/2013 23:06:04 | 8CAD8C2CB1812DA342C0D60B2F043798F2757FC9 | Red Satin |
| 11/27/2013 17:26:37 | 172F9D47668509974475A9F129788EF2E5E429F9 | Meet Me in Madrid |
| 11/26/2013 18:26:32 | 158AC310AD7664C9FD8457F239B57E9DE8792D35 | Alone Is A Dream Left Behind |
| 11/26/2013 13:25:01 | 9230880008F34210FE919F612CAF2E3F28F2A6E3 | Want You |
| 11/26/2013 00:56:50 | 91A7655A34B7274417D1B79648A4D3E071C74F81 | First Love |
| 11/26/2013 00:56:32 | D32FC2A459B73DE792A00C1412479B37F80382E8 | Young Passion |
| 11/25/2013 22:23:21 | 34835BE9A807CA40E07E39587215CB61A22EE610 | Lipstick Lesbians |
| 11/25/2013 21:43:37 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |
| 11/25/2013 21:33:20 | B712D721CDDE7FF231F4CAFAD9A0FC699EB6E27E | Anneli Dream Girl |
| 11/25/2013 21:16:25 | 2A425C2975427A8037691A0F1EF6F0D21CE2399E | I Love X Art |
| 11/25/2013 20:58:49 | 33F98085A2169145221D951EC7BE04C211499554 | Mad Passion |
| 11/25/2013 20:09:20 | 41B2E0CAA9E915CF9A33F06CE658BAFF199C727F | Apartment in Madrid |
| 11/25/2013 20:05:43 | A6EB14E87E454CA43454D196146E802392704DF8 | Girls Night Out |
| 11/25/2013 19:52:46 | C87C7A2B65C7C90955F2985627DBCB281E99E6AE | Going Strong |
| 11/25/2013 19:37:44 | D438F136539A21D5A9108587EB82D27867FD6C35 | Waterfall Emotions |
| 11/25/2013 19:28:26 | 8211D3AEE36C3CC6BD8089DE1F887F062D62DD36 | Finding Elysium |
| 11/25/2013 19:10:57 | A679F2D2D24787C5B384F543ED7C7919638B3BFC | Vacation Fantasy |
| 11/25/2013 16:53:56 | 1C4861283F3D58BC3B3A68FF55597199291CED62 | Simply Stunning |
| 11/25/2013 14:46:51 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 11/25/2013 14:45:26 | 5FE6B80F86F5BBC39C5409133325CF2EACFF7A36 | Grow Up With Me |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/25/2013 13:47:45 | 55E810A9347523E7F5AFBF5081054E4AFE911479 | Marry Me |
| 11/25/2013 13:44:56 | 62ED4092DF29DC764616EAC46077CDFE8FC76D4A | Erotic Stretching and Sex |
| 11/25/2013 13:42:56 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 11/25/2013 07:32:31 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 11/25/2013 07:17:50 | 6AEB1C6EE53231898DF06C6C42418872593B9F3E | My Naughty Girl |
| 11/23/2013 15:54:52 | DF0D7ABF456A4BB53AF35631BEE89481F84BA5C1 | Tease and Please |
| 11/20/2013 15:05:19 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |
| 11/05/2013 15:28:39 | 8B8FD495C91DA4339B4A48587F4BF6A7E37B4117 | Lovers at Home |
| 10/26/2013 17:19:26 | C79D188867F0D309BAE35FDEEEA9CEFF81377CA3 | Body Language |

**Total Statutory Claims Against Defendant: 81**

EXHIBIT A

CNJ66