Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 100.1.79.223,<br><br>    Defendant. | Civil Action No. _____ |

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

1

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted |
| Dated: June 16, 2014 | By: | /s/ *Patrick J. Cerillo* |
|  |  | Patrick J. Cerillo, Esq. |
|  |  | Patrick J. Cerillo, LLC |
|  |  | 4 Walter Foran Blvd., Suite 402 |
|  |  | Flemington, NJ 08822 |
|  |  | T: (908) 284-0997 |
|  |  | F: (908) 284-0915 |
|  |  | pjcerillolaw@comcast.net |
|  |  | *Attorneys for Plaintiff* |