AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>14-3856 (JLL) | DATE FILED<br>6/17/2014 | U.S. DISTRICT COURT, DISTRICT OF NEW JERSEY<br>50 WALNUT STREET, ROOM 4015<br>NEWARK, NJ 07102 |
| PLAINTIFF<br>MALIBU MEDIA, LLC | DEFENDANT<br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 100.1.79.223 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached Exhibit B for Copyright Information | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>WILLIAM T. WALSH | (BY) DEPUTY CLERK<br>Dianne C. Richards | DATE<br>6/17/2014 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 100.1.79.223**

**ISP:** Verizon FiOS
**Location:** Jersey City, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/13/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/18/2014 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 11/26/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 11/25/2013 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 11/25/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 11/25/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 12/04/2013 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 10/26/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 12/17/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 12/21/2013 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 12/16/2013 |
| Come from Behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 06/04/2014 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 12/16/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 11/25/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 12/20/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 12/19/2013 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 11/25/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 11/26/2013 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/05/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 02/03/2014 |
| Girls Love Pink and Diamonds | PA0001862290 | 09/05/2013 | 09/08/2013 | 06/04/2014 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 11/25/2013 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 05/16/2014 |
| Going Strong | PA0001859660 | 07/06/2013 | 08/02/2013 | 11/25/2013 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/09/2013 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 12/20/2013 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 04/19/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 11/25/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/25/2014 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 01/28/2014 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 04/02/2014 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 11/25/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 12/18/2013 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 11/20/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 01/09/2014 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 11/25/2013 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 11/05/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 11/25/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 12/09/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 11/25/2013 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 11/27/2013 |
| Morning Glory | PENDING | 05/29/2014 | 06/07/2014 | 05/29/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 11/25/2013 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 01/19/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 11/25/2013 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 12/22/2013 |

EXHIBIT B

CNJ66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/09/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/07/2014 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/12/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 03/11/2014 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 04/22/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/05/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 11/29/2013 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/13/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/01/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 03/30/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/18/2014 |
| Secret Weapon | PA0001846098 | 05/12/2013 | 06/11/2013 | 01/21/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/02/2014 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 12/16/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 11/25/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 01/21/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 01/25/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 04/13/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/25/2014 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 01/09/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 11/23/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 01/08/2014 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/05/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 11/25/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 11/25/2013 |

EXHIBIT B

CNJ66

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Two By Two | PENDING | 05/23/2014 | 05/26/2014 | 05/23/2014 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 01/08/2014 |
| Up Close and Personal | PA0001859653 | 07/21/2013 | 08/01/2013 | 06/04/2014 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 11/25/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 11/26/2013 |
| Warm and Fuzzy | PA0001872753 | 12/12/2013 | 12/15/2013 | 01/16/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 11/25/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 12/18/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/16/2014 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 11/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 81**

EXHIBIT B
CNJ66