Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 100.1.79.223,<br><br>       Defendant. | Civil Action No. 2:14-cv-03856-JLL-JAD |

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), *and no opposition having been filed, and for good cause shown,* and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until at least thirty (30) days after the expected response date or until November 30, 2014 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 24th day of November, 2014.

By: _____

1

Hon. Joseph A. Dickson
United States Magistrate Judge